# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

            Plaintiff,

v.

CHIAH P. HAYES,

            Defendant.

Case No. 24-CR-121-2-JPS

**ORDER**

On June 11, 2024, the grand jury returned a three-count Indictment charging Defendant with two counts in violation of 18 U.S.C. §§ 924(c)(1)(A)(i) and 2(a) and 21 U.S.C. §§ 841(a)(1) and (b)(1)(B). ECF No. 1. On August 16, 2024, the Government filed a single-count Information charging Defendant with violating 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) and 18 U.S.C. § 2(a). ECF No. 24. On August 15, 2024, the parties filed a plea agreement indicating that Defendant agreed to plead guilty to the count charged in the Information. ECF No. 22; *see also* ECF No. 31 (September 10, 2024 amended plea agreement correcting clerical error that was discussed at the change of plea hearing).

The parties appeared before Magistrate Judge Stephen C. Dries on September 10, 2024 to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. ECF No. 29. Defendant entered a plea of guilty as to Count One of the Information. *Id.* After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Judge Dries determined that the guilty plea was knowing and voluntary, and that the offenses charged were supported by an independent factual basis containing each of the essential elements of the offenses. *Id.*

On September 10, 2024, Magistrate Judge Dries filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared; and (3) Defendant be adjudicated guilty and have a sentence imposed accordingly. *Id.* Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. *Id.* To date, no party has filed such an objection. The Court has considered Magistrate Judge Dries's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Stephen C. Dries's Report and Recommendation, ECF No. 29, be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 2nd day of October, 2024.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge